FILED
CLERK, U.S. DISTRICT COURT
02/17/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SANDRA PEREZ,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

NO. CV 20-6687 KS

JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: February 17, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE